UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BADER FAMILY FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF<br>HEALTH AND HUMAN SERVICES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 23-3546 (ZMF) |

## JOINT STATUS REPORT

The parties, by and through counsel, respectfully file this Joint Status Report pursuant to the Court's January 30, 2024, Minute Order, requesting an update regarding the status of processing and production of responsive records.  This is a Freedom of Information Act ("FOIA") matter in which Plaintiff alleges that Defendant has failed to respond to its FOIA request seeking communications from HHS employees mentioning transgender, gender-affirming care, or gender identity.  Plaintiff filed the Complaint on November 28, 2023 (ECF No. 1) and Defendant filed its Answer on January 29, 2024 (ECF No. 7).

## THE STATUS OF PLAINTIFF'S FOIA REQUEST

Defendant reports that it has completed searches for potentially responsive records and has identified 5,789 pages of potentially responsive records.  Defendant will make its first of rolling productions by the end of March 2024, processing records at a rate of 500 pages per month.

Defendant does not anticipate an *Open America* stay at this time, but reserves the opportunity to do so if circumstances change.  The parties agree that it is too soon to tell whether a *Vaughn* index or summary judgment briefing is necessary at this time.  The parties will update

the Court of the necessity of either a *Vaughn* index or a summary judgment briefing schedule in future Joint Status Reports.

## PROPOSED NEXT JOINT STATUS REPORT

The parties respectfully propose that they submit another Joint Status Report in approximately ninety days, June 27, 2024, to apprise the Court of any updates on the status of Plaintiff's FOIA request. A proposed order is attached for the Court's convenience.

Dated: March 29, 2024
        Washington, DC

Respectfully submitted,

 /s/ Hans F. Bader
Hans F. Bader
D.C. Bar No. 466545
hfb138@yahoo.com
1236 N. Stafford St.
Arlington, VA 22201
(703) 399-6738

*Attorney for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:          */s/ Stephen DeGenaro*
    STEPHEN DEGENARO
    D.C. Bar #1047116
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    Telephone: (202) 252-7229
    stephen.degenaro@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BADER FAMILY FOUNDATION,     ) <br>     ) <br>     Plaintiff,     ) <br>     ) <br>     v.     ) <br>     ) <br> UNITED STATES DEPARTMENT OF     ) <br> HEALTH AND HUMAN SERVICES,     ) <br>     ) <br>     Defendant.     ) <br>     ) | Civil Action No. 23-3546 (ZMF) |

## [PROPOSED] ORDER

Upon consideration of the parties' Joint Status Report, the parties are directed to file an additional joint status report on or before June 27, 2024, to apprise the Court of any updates on the status of Plaintiff's FOIA request.

_____
DATE

_____
ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE