UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BADER FAMILY FOUNDATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civil Action No. 23-3546 (ZMF) |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, | ) ) ) | |
| Defendant. | ) ) ) | |

## ORDER

Upon consideration of the parties' Joint Status Report, the parties are directed to file an additional joint status report on or before September 25, 2024, to apprise the Court of any updates on the status of Plaintiff's FOIA request.

July 1, 2024
DATE

ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE